■ HOWARD URBAN, Appellant, v B.R. GUEST, INC., Also Known as B.R. GUEST, LTD., et al., Respondents. (Appeal No. 1.) [844 NYS2d 739]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 13, 2006. The order, after a nonjury trial, granted a money judgment in favor of plaintiff and against defendants.

[844 NYS2d 740]—Appeal from a supplemental order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 3, 2006. The supplemental order awarded preverdict interest at the rate of 4% per annum on the damages awarded to plaintiff after a nonjury trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.